# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.S. A MINOR, by and through her parents, Emily S. and Drew S., : :  :     20-cv-5085-JMY | |
| v. : : | |
| DOWNINGTOWN AREA SCHOOL DISTRICT. : : | |

## ORDER

AND NOW, this 28th day of October 2022, upon consideration of the Motion for Judgment on the Administrative Record filed by Defendant (ECF No. 10), the Cross Motion for Judgment on the Administrative Record filed by Plaintiffs (ECF No. 11) and the Motion for Judgment as a Matter of Law filed by Plaintiffs (ECF No. 12), and all papers submitted in support of these three motions and in opposition thereto, and for the reasons set forth in the accompanying Memorandum entered by the Court, it is hereby ORDERED that:

1. Defendant's Motion for Judgment on the Administrative Record is GRANTED;

2. Plaintiffs' Cross Motion for Judgment on the Administrative Record and Motion for Judgment as a Matter of Law is DENIED;

3. Plaintiffs' Motion to Supplement the Administrative Record is DENIED; and

4. The Clerk of Court is DIRECTED to mark this matter CLOSED.

IT IS SO ORDERED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge